## ECHOLS v. STATE.
### No. 14874.

Court of Criminal Appeals of Texas.

Dec. 9, 1931.

Carney & Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MORROW, P. J.

The conviction is for robbery with firearms; penalty assessed at confinement in the penitentiary for five years.

It has been made known by the affidavit of the sheriff of Smith county that the appellant, pending his appeal, escaped from custody on November 7, 1931, and did not voluntarily return within ten days. Because of such escape, this court is deprived of jurisdiction of the appeal. See article 824, C. C. P. 1925.

The appeal is dismissed.